**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Charles A. Linhart II                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-22012 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Amerihome Mortgage Company, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
06 Aug 2025, 16:17:49, EDT

Denise Carlon, Esq. (317226)  ☐
Matthew Fissel, Esq. (314567)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com