IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                No. 25-22012-JCM

Charles A. Linhart, II                                          CHAPTER 13

      Debtor(s)

## PRAECIPE FOR ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO:   Clerk, United States Bankruptcy Court

PLEASE TAKE NOTICE that SSB Bank by and through its counsel, Griffith, McCague & Happel, P.C., hereby appears in the above captioned cased under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code") and requests pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 102(1), 342 and 1109(b) of the Bankruptcy Code that any and all notices given or required to be given in the above-captioned case and all papers served or required to be served in the above-captioned case be given to and served upon the undersigned attorney, at the office, telephone and telecopy numbers set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 3017(a) of the Bankruptcy Rules, SSB Bank requests that copies of any and all Disclosure Statements and Plan of reorganization be provided to the undersigned at the address set forth below.

Respectfully submitted,

GRIFFITH, MCCAGUE & HAPPEL, P.C.

/s/ J. Michael McCague
J. Michael McCague, Esquire
408 Cedar Avenue
Pittsburgh, PA  15212
(412) 803-3690
Fax: (412) 803-3678
Email:  jmm@gmwpclaw.com
PA I.D. No. 42993

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              No. 25-22012-JCM

Charles A. Linhart, II                              CHAPTER 13

      Debtor(s)

## CERTIFICATE OF SERVICE

I, J. Michael McCague, Esquire, hereby certify that a true and correct copy of the foregoing Praecipe for Entry of Appearance and Request for Notices was served upon the counsel of record by way of United States mail, first class, postage pre-paid on the 15th day of August, 2025 in an envelope addressed as follows:

Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA  15237

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 1316
Pittsburgh, PA  15222

      GRIFFITH, MCCAGUE & HAPPEL, P.C.


      /s/ J. Michael McCague
      J. Michael McCague