**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    CHARLES A. LINHART, II<br>    *Debtor*<br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF GROVE FUNDING III TRUST c/o RF Mortgage Services Corporation<br>    *Movant*<br><br>        vs.<br>CHARLES A. LINHART, II<br><br>    *Debtor/Respondent*<br>  and<br>RONDA J. WINNECOUR, Esquire,<br>    *Trustee/Respondent* | Bankruptcy No. 25-22012-JCM<br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST**

TO THE CLERK, U.S. BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

    PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Grove Funding III Trust c/o RF Mortgage Services Corporation ("Creditor"), a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to **Danielle Boyle-Ebersole, Esquire** at the below address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

                                                Respectfully Submitted,

Date: 9/17/2025

                                      /s/ Danielle Boyle-Ebersole, Esquire
                                      Danielle Boyle-Ebersole, Esquire
                                      HLADIK, ONORATO & FEDERMAN, LLP
                                      PA Attorney ID# 81747
                                      298 Wissahickon Avenue
                                      North Wales, PA 19454
                                      (215) 855-9521
                                      dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    CHARLES A. LINHART, II<br>        *Debtor*<br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF GROVE FUNDING III TRUST c/o RF Mortgage Services Corporation<br>        *Movant*<br><br>        vs.<br>CHARLES A. LINHART, II<br>        *Debtor/Respondent*<br>    and<br>RONDA J. WINNECOUR, Esquire,<br>        *Trustee/Respondent* | Bankruptcy No. 25-22012-JCM<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I caused to be served true and correct copies of the Entry of Appearance at the respective last known address of each person set forth below on September 17, 2025.

Shawn N. Wright, Esquire
Via ECF:
shawn@shawnwrightlaw.com
*Attorney for Debtor*

Charles A. Linhart, II
113 Hivue Lane
Pittsburgh, PA 15237
*Debtor*

Ronda J. Winnecour, Esquire,
Via ECF:
cmecf@chapter13trusteewdpa.com
*Trustee*

Date: 9/17/2025

    /s/ Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
HLADIK, ONORATO & FEDERMAN, LLP
PA Attorney ID# 81747
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
dboyle-ebersole@hoflawgroup.com