IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 25-22012-JCM |
| Charles A. Linhart, II, | ) |
| Debtor. | )  Chapter 13 |
| | ) |
| | ) |
| | ) |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of Courts

Please enter our appearance on behalf of the Township of Kilbuck in the above captioned matter. We request copies of further Notices and Orders in accord with the attached Declaration.

Please enter the address below as the mailing address for this creditor. All notices should be mailed to the following address:

**Township of Kilbuck**
**GRB Law**
**Richard A. Monti, Esquire**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**

Executed on:

September 23, 2025

                        GRB Law,

        By:    /s/Richard A. Monti
                 Richard A. Monti, Esquire
                 Pa I.D. No. 326414
                 525 William Penn Place
                 Suite 3110
                 Pittsburgh, PA 15219
                 412-281-0587
                 rmonti@grblaw.com
                 Attorney for Movants

DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for the Township of Kilbuck, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

(X)     That there are no other requests to receive notices on behalf of this creditor, or

( )     that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 23, 2025.

GRB Law,

By:     /s/Richard A. Monti
Richard A. Monti, Esquire
Pa I.D. No. 326414
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219
412-281-0587
rmonti@grblaw.com
Attorney for Movants

2214844.1