IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : BANKRUPTCY NO. 25-22012 JCM |
| | : |
| Charles A. Linhart, II,\| | : HONORABLE JOHN C. MELARAGNO |
|     Debtor. | : |
| | : CHAPTER 13 |
| Freedom Mortgage Corporation | : |
|     Movant, | : RELATED TO DOCUMENT NO. 34, 35, 37 |
| v. | : |
| | : DATE & TIME OF HEARING: |
| Charles A. Linhart, II | : January 6, 2026 AT 2:00 PM |
| | : |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : |
|     Respondents. | : |

## **CONSENT ORDER**

AND NOW, to-wit this _____ day of _____, 202 , upon consideration of the Motion for Relief from Automatic Stay filed by the Movant, Freedom Mortgage Corporation, (hereinafter "Movant") by and through its attorneys, Orlans Law Group, PLLC, and it further appearing that the parties are discussing potential settlement of the motion, and the attorneys for the Movant are waiting to receive response from the Movant regarding the resolution, it is hereby ORDERED, ADJUDGED, and DECREED that the hearing currently scheduled for January 6, 2026 at 2:00 pm is continued to February 10, 2026 at 02:00 p.m.

 

_____
Honorable John C. Melaragno
United States Bankruptcy Judge

CONSENTED TO:

HAROLD SHEPLEY & ASSOCIATES LLC

By    */s/ Shawn N. Wright*
        Shawn N. Wright
        7240 McKnight Road
        Pittsburgh, PA 15237
        412-920-6565
        Fax : 4122265216
        Email: shawn@shawnwrightlaw.com
        Attorney for Debtor


ORLANS LAW GROUP, PLLC

By:    */s/Eliza Garifullina*
        Eliza Garifullina, Esquire
        200 Eagle Road, Building 2
        Suite 120
        Wayne, PA 19087
        Phone: (484)367-4191
        egarifullina@orlans.com
        Attorney for Movant