2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 25-22012-JCM
Chapter 13

In re: Debtor(s) (including Name and Address)

Charles A. Linhart, II
113 Hivue Lane
Pittsburgh PA 15237

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/12/2026.

Name and Address of Alleged Transferor(s):

Claim No. 46: NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826

Name and Address of Transferee:

AmeriHome Mortgage Company, LLC
c/o SERVICEMAC, LLC
9726 Old Bailes Road, Suite 200
Fort Mill, SC 29707

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/15/26

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Charles A. Linhart, II

    Debtor

Case No. 25-22012-JCM

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 13, 2026 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16595733 | Email/Text: mtgbk@shellpointmtg.com | Mar 14 2026 01:25:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danielle Boyle-Ebersole | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF GROVE FUNDING III TRUST dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| Denise Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com |
| Eliza Garifullina | on behalf of Creditor Freedom Mortgage Corporation ANHSOrlans@InfoEx.com |
| Elizabeth Trachtman | on behalf of Creditor Freedom Mortgage Corporation ANHSOrlans@InfoEx.com |
| J. Michael McCague | on behalf of Creditor SSB Bank jmm@gmwpclaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |

District/off: 0315-2

User: auto

Page 2 of 2

Date Rcvd: Mar 13, 2026

Form ID: trc

Total Noticed: 1

Matthew Fissel
on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Richard Monti
on behalf of Creditor Township of Kilbuck rmonti@grblaw.com  aanderson@grblaw.com

Richard Monti
on behalf of Creditor Pittsburgh Water and Sewer Authority rmonti@grblaw.com  aanderson@grblaw.com

Richard Monti
on behalf of Creditor City of Pittsburgh School District rmonti@grblaw.com  aanderson@grblaw.com

Richard Monti
on behalf of Creditor County of Allegheny rmonti@grblaw.com  aanderson@grblaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Shawn N. Wright
on behalf of Debtor Charles A. Linhart  II shawn@shawnwrightlaw.com,
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com


TOTAL: 14